## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Clifford Eugene Myers Jr
**(Name of Plaintiff)        (Inmate Number)**

730 East Walnut St, Lebanon PA 17042
**(Address)**

(2)_____
**(Name of Plaintiff)        (Inmate Number)**

_____
**(Address)**

**(Each named party must be numbered,
and all names must be printed or typed)**

vs.

(1) Shannon Pascal_____

(2)_____

(3)_____
**(Names of Defendants)**

**(Each named party must be numbered,
and all names must be printed or typed)**

_____
**(Case Number)**

**CIVIL  COMPLAINT**

FILED
HARRISBURG, PA

SEP 29 2025

PER _____
DEPUTY CLERK

**TO BE FILED UNDER:** ☑ **42 U.S.C. § 1983 - STATE OFFICIALS**

☐ **28 U.S.C. § 1331 - FEDERAL OFFICIALS**

## I.    PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
number including year, as well as the name of the judicial officer to whom it was assigned:

N/A_____

_____

_____

_____

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  ☑ Yes  ☐ No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes  ☐ No

C.    If your answer to "B" is <u>Yes</u>:

1. What steps did you take? I put a P.C.R.A in to the courts for ineffective ~~counsel~~ counsel

2. What was the result? the courts gave me a new counsel Attorney "Joshua Scott Harshberger"

D.    If your answer to "B" is <u>No</u>, explain why not: N/A

## III.    DEFENDANTS

(1) Name of first defendant: Shannon Pascal

Employed as Public Defender   at Lebanon county Public Defender office
Mailing address: 400 South Eight Street, Lebanon PA 17042

(2) Name of second defendant: _____
Employed as hhhhh _____ at _____
Mailing address: _____

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets if necessary.)

1.    Counsel was ineffective do to he falled to file any motions that would help my case. For example the video that was showen to the court was of someone commiting "criminal mischief", but

I was convicted of a theft that never happen.

2. Counsel faild to Properly represent me in my case and there for violated my constitional rights to effective assistance of Counsel by not properly representing me and allowing me to be found Guilty of charges that I did not commit.

3. Counsel refused to call the DA's witness that was subpoenaed to testify at court.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. The relief that I'm seeking is $100,000.00 for the frustration of being incorcerated for a total of 1 year, emotional Pain and Suffering and mental conditions that developed during my incorceration, the lost of my clothing

2. and I'm requesting a Jury trial

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___23___ day of __September_____, 20_25_.

_____
(Signature of Plaintiff)

Clifford Myers
730 East Walnut St
Lebanon, PA 17042

Office of the Clerk
United States District Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Suite 101
Harrisburg, PA 17102

This address is a County Prison.
Sender is an inmate. County is
not responsible for debts incurred.

Legal Mail

171023i109 0000